# Court of Appeals
# of the State of Georgia

ATLANTA, May 10, 2023

*The Court of Appeals hereby passes the following order:*

**A23E0048. NORTH GEORGIA CONFERENCE, INC. et al. v. MANN-MIZE MEMORIAL UNITED METHODIST CHURCH, INC.**

The Appellants' emergency motion for supersedeas is DENIED. The case is remanded to the trial court with direction to consider the pending motion for supersedeas filed in that court. See *Green Bull Ga. Partners v. Register*, 301 Ga. 472, 473 (801 SE2d 843) (2017); OCGA § 9-11-62 (c).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 05/10/2023

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*